JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:25-cv-00512-DOC-PVC                                   Date: August 22, 2025

Title: Kisasi Liggins v. Connie Gipson et al.

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER DISMISSING CASE FOR FAILURE TO MAKE FILING FEE PAYMENTS**

On May 5, 2025, the Court granted Plaintiff's Request to Proceed in Forma Pauperis and ordered that Plaintiff pay the $350 fee in monthly payments. Over three months later, Plaintiff has failed to make any payments towards the filing fee. Thus, the case is hereby **DISMISSED** without prejudice.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                              Initials of Deputy Clerk: kdu

CIVIL-GEN